UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO SANCHEZ DE TAGLE,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY,<br><br>Defendant. | Case No. 24-cv-07046-SVK<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**ORDER FOR REASSIGNMENT TO A DISTRICT JUDGE**<br><br>**REPORT AND RECOMMENDATION RE DISMISSAL** |

Pro se Plaintiff Orlando Sanchez de Tagle sues a Santa Clara County judge for actions taken in his official capacity as a judge. Dkt. 1. Plaintiff has also filed an application to proceed *in forma pauperis* (Dkt. 2), which the Court **GRANTS.**

Plaintiff's complaint in this case identifies the Defendant as Judge Stephen Manley. Dkt. 1 ¶¶ 1, 23. Plaintiff alleges that he suffered various physical, mental, and emotional injuries and an invasion of privacy after Judge Manley ordered him to wear a GPS monitor in a proceeding at the Santa Clara County Hall of Justice on December 14, 2023 and remanded him to jail for removing the monitor on January 12, 2024. *Id.* ¶¶ 18-33.

Plaintiff has previously filed multiple lawsuits in this District against other Santa Clara County judges, which have been dismissed on the ground of judicial immunity. *See, e.g., de Tagle v. Estremera*, 24-cv-03351-PCP; *de Tagle v. Santa Clara County*, 24-cv-4435-SI; *de Tagle v. Santa Clara County,* 24-cv-6270-PCP. For the same reasons explained to Plaintiff in those cases, the judge who is the Defendant in this case is immune from suit on Plaintiff's allegations. *See Mireles v. Waco*, 502 U.S. 9, 11 (1991). No amendment can cure this deficiency. Because all parties have not consented to magistrate judge jurisdiction, the Court **ORDERS** the Clerk of Court to reassign this case to a District Judge and **RECOMMENDS** dismissal of the complaint without

leave to amend.

      Any party may object to this recommendation within 14 days.  Fed. R. Civ. P. 72.

**SO ORDERED.**

Dated: October 21, 2024

*Susan van Keulen*
SUSAN VAN KEULEN
United States Magistrate Judge